SALLY J. ELKINGTON - SBN 142619
JAMES A. SHEPHERD - SBN 264400
**ELKINGTON SHEPHERD LLP**
Historic Tribune Tower
409 - 13th Street, 10th Floor
Oakland, CA 94612
tel (510) 465-0404
fax (510) 465-0202
email: jim@elkshep.com

Attorneys for Debtor
KIMBERLY B. WHITAKER

The following constitutes the order of the court.
Signed May 29, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KIMBERLY B. WHITAKER,<br><br>Debtor.<br>_____ | Case. No. 12-47178 WJL<br><br>Chapter 13<br><br>JUDGMENT VOIDING LIEN OF CREDITOR JPMORGAN CHASE BANK, N.A. and/or CHASE HOME FINANCE, LLC (successor-in-interest to WASHINGTON MUTUAL BANK, F.A.) ON REAL PROPERTY |

On November 13, 2012, this court entered its Order Approving Motion to Value and Avoid Lien of Creditor JPMorgan Chase Bank, N.A. and/or Chase Home Finance, LLC (successor-in-interest to Washington Mutual Bank, F.A.) (hereinafter, "Lienholder") on Real Property for purposes of this Chapter 13 case (Docket No. 34). That order was subject to being set aside pending debtor's obtaining a discharge and/or completing her plan payments in this Chapter 13 case.

Debtor having obtained a Chapter 13 discharge (Docket No. 83), the court now therefore enters the following judgment:

The deed of trust lien of Lienholder, attached to that certain real property located at and commonly known as 2946 73rd Avenue, Oakland, California 94605, as more fully described in **EXHIBIT A** below, which lien was recorded in the Alameda County Records on July 19, 2006, and designated as document number 2006280121 therein, is hereby determined and adjudged to

| | |
|---|---|
| 1 | be entirely, permanently and for all purposes void and unenforceable. |

# EXHIBIT A

THE FOLLOWING DESCRIBED PROPERTY LOCATED IN THE CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PORTION OF LOT E, MCNEILL TRACT, FILED JANUARY 5, 1917, MAP BOOK 16 PAGE 23, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SOUTHEASTERN LINE OF 73RD AVENUE DISTANT THEREON NORTH 40 DEGREES 23 MINUTES 20 SECONDS EAST 75 FEET FROM LINE OF LOT E, AS SAID AVENUE AND LOT ARE SHOWN ON THE MAP HEREIN REFERRED TO; RUNNING THENCE ALONG SAID SOUTHEASTERN LINE OF 73RD AVENUE NORTH 40 DEGREES 13 MINUTES 20 SECONDS EAST 37.50 FEET; THENCE SOUTH 49 DEGREES 46 MINUTES 40 SECONDS EAST 108. 71 FEET; THENCE SOUTH 40 DEGREES 13 MINUTES 20 SECONDS WEST 37.50 FEET; RUNNING NORTH 49 DEGREES 46 MINUTES 40 SECONDS WEST 108. 71 FEET TO THE POINT OF BEGINNING.

* * END OF ORDER * *

# COURT SERVICE LIST

[ECF Participants Only]